and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MURRAY FELENSTEIN, Appellant, v. BERNARD EPSTEIN, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

PAULINE EPSTEIN, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BESSIE SLUTZKY, Respondent, v. MURRAY FELENSTEIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of IRVING M. WOLF, Respondent, against THE SHERIFF OF THE COUNTY OF NEW YORK, Respondent, for a Writ of Habeas Corpus. DEALERS AUTO CLEARING CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements to the petitioner, respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BETTY KENNY, as Administratrix, etc., of the Estate of MICHAEL KENNY, Deceased, Appellant, v. JOHN KETTLES, Defendant, Impleaded with DODGE MOTORS NEW YORK, INC., Respondent.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CORNELL FABRICS, INC., Appellant, v. MILBERG DRESS CO., INC., Respondent. — Order modified by allowing items 1, 2, 4, 5, 6, 8, 9, 11, 12, 13, 14, 15, 16, 17 and 18, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ELMER I. HUPPERT, Appellant, v. BETTY HUPPERT, Respondent.— Order reversed and motion denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ..

USED TAXI EXCHANGE, INC., Respondent, v. MORRIS MARKIN, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within ten days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respondent, v. PENINSULA NATIONAL BANK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The verified bill of particulars to be served within five days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the LEXINGTON SURETY AND INDEMNITY COMPANY, Respond-

ent, v. PENINSULA NATIONAL BANK, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CARMELO SILVESTRO, Respondent, v. P. FURY and Another, Appellants.— Determination affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE RIESER COMPANY, INC., Respondent, v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Defendant, Impleaded with HARRY STRAUSSER, Appellant, and NORVIN RIESER, Joined as Defendant under Section 271 of the Civil Practice Act, Respondent.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HARRAL CONSTRUCTION AND REALTY CORPORATION, Appellant, v. GEORGE J. KESSLER and Others, Defendants. EDWARD V. MORAND, Receiver, and GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., as Liquidator of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

JOHN J. McANDREW, Appellant, v. MANUFACTURERS TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MAFALDA KATTAMOUTTO, Respondent, v. JACK KATTAMOUTTO, Appellant.— Order modified by reducing amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of five dollars per week, and counsel fee to the sum of fifty dollars, payable one-half within ten days from service of order, and the balance at the time of the trial, and as so modified affirmed, without costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CHANDLER G. BURROWS, Respondent, v. ARTHUR W. DIXON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of THE GEVAERT COMPANY OF AMERICA, INC., Respondent, against J. G. WILLIAM GREEFF and Others, Appellants.*— Order reversed, with twenty dollars costs and disbursements, and motion denied, with fifty dollars costs, on the ground that mandamus is not the proper remedy. See *Molloy* v. *City of New Rochelle*, 198 N. Y. 402, and cases cited therein, and *People ex rel. Belden* v. *Contracting Board*, 27 N. Y. 378. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

ANNIE STACKLIN, Respondent, v. MANHATTAN LIFE INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application of JULIUS H. BARNES, Appellant, to Vacate a Subpœna, etc., Requiring Said JULIUS H. BARNES to Testify, etc., on Behalf of COLUMBIA CASUALTY COMPANY in a Certain Action Pending in the Court of

* Affd., 262 N. Y. 651.